BNDEAL,CLOSED

# U.S. District Court
# Southern District of Florida (Miami)
# CRIMINAL DOCKET FOR CASE #: 1:25−mj−02352−EAL−1

Case title: USA v. Thornton

Date Filed: 02/25/2025

Date Terminated: 03/13/2025

Assigned to: Magistrate Judge Enjolique A. Lett

**Defendant (1)**

**Shelton K. Thornton**
14015−506
*YOB: 1997; English*
*TERMINATED: 03/13/2025*

represented by **Noticing FPD−MIA**
305−530−7000
Email: MIA_ECF@FD.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| WARRANT\EASTERN DISTRICT OF WISCONSIN\INDICTMENT\21:841(a)(1), (b)(1)(E) & 846; 18:2(a) Conspiracy to possess with intent to distribute and distribute MDMA and Ketamine | |

**Plaintiff**

**USA**

represented by **Noticing AUSA CR TP/SR**
Email: Usafls.transferprob@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/13/2025 | 7 | COMMITMENT TO ANOTHER DISTRICT as to Shelton K. Thornton. Defendant committed to the Eastern District of Wisconsin. Closing Case for Defendant. Signed by Magistrate Judge Enjolique A. Lett on 3/13/2025. *See attached document for full details.* (cdb1) (Entered: 03/13/2025) |
| 02/26/2025 | 2 | Invocation of Right to Silence and Counsel by Shelton K. Thornton (Dunker, MaeAnn) (Entered: 02/26/2025) |
| 02/25/2025 | 6 | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Shelton K. Thornton. (fbn) (Entered: 02/26/2025) |
| 02/25/2025 | 5 | Minute Order for proceedings held before Magistrate Judge Enjolique A. Lett: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Shelton K. Thornton held on 2/25/2025. Indictment partially Unsealed as to Mr. Thornton. Defendant Ore Tenus motion to appoint counsel – GRANTED. AFPD appointed partially – defendant to pay $3K in Court registry. Defense Ore Tenus motion to reduce court registry deposit or remove it – GRANTED. Government seeks PTD due to risk of flight. Wavier of Removal – signed in open court. Defendant removed to the Eastern District of WI. Bond recommendation/set: Shelton K. Thornton (1) Pretrial Detention. Date of Arrest or Surrender: 2/22/2025. Attorney added: Noticing FPD–MIA for Shelton K. Thornton (Digital 14:39:56) Signed by Magistrate Judge Enjolique A. Lett on 2/25/2025. (fbn) (Entered: 02/26/2025) |
| 02/25/2025 | 4 | PAPERLESS ORDER granting 3 Motion to Appoint Counsel as to Shelton K. Thornton (1); granting 3 Motion to reduce Court Registry deposit or remove it as to Shelton K. Thornton (1). Signed by Magistrate Judge Enjolique A. Lett on 2/25/2025. (fbn) (Entered: 02/26/2025) |
| 02/25/2025 | 3 | **ORAL** MOTION to Appoint Counsel, MOTION to reduce Court Registry deposit or remove it by Shelton K. Thornton. (fbn) (Entered: 02/26/2025) |
| 02/25/2025 | 1 | Magistrate Judge Removal of Indictment from Eastern District of Wisconsin Case number in the other District 25–CR–08 as to Shelton K. Thornton (1). (kan) (Entered: 02/25/2025) |

## United States District Court
### Southern District of Florida
Case No. **25-mj-02352-LETT**

UNITED STATES OF AMERICA,

    v.

                            Charging District's Case No. 25-CR-08

Shelton Thornton

_____/

<u>COMMITMENT TO ANOTHER DISTRICT</u>

The defendant has been ordered to appear in the Eastern District of Wisconsin.

<u>Federal Public Defender</u> **was appointed to represent Defendant for proceedings in this District.**

The defendant remains in custody after the initial appearance in the Southern District of Florida.

**IT IS ORDERED** that the United States marshal must transport the defendant, together with a copy of this order, to the charging district (Eastern District of Wisconsin) and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

**DONE AND ORDERED** at Miami, Florida on March 13, 2025

_Enjolique A Lett_
_____
Enjolique Lett
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 24-MJ-4530-REID

United States of America

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: ___25 - MJ - 2352 - Lett___

United States of America
    Plaintiff,

v.

Shelton Thornton

Charging District's Case No. 25 - CR - 08

    Defendant.

_____/

### WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the **Eastern District of Wisconsin**

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)    a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise unless I am indicted to determine whether there is probable cause to believe that an offense has been committed;

(5)    a hearing on any motion by the government for detention;

(6)    request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

☐  An identity hearing and production of the warrant.

☐  A preliminary hearing.

☐  A detention hearing in the Southern District of Florida.

☑  An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: **2/25/25**

_____
Defendant's Signature

_____
**ENJOLIQUE A. LETT**
UNITED STATES MAGISTRATE JUDGE

# MINUTE ORDER

Page 4

## Magistrate Judge Enjolique A. Lett

**Atkins Building Courthouse - 10th Floor**          Date: 2/25/25     Time: 1:30 p.m.

Defendant:  Shelton K. Thornton          J#:  14015-506     Case #:  25-MJ-2352-LETT

AUSA: Joe Egozi                          Attorney: AFPD: MaeAnn Dunker

Violation: ED WI/WARR/IND/Consp to PWID MDMA and Ketamine          Surr/Arrest Date: 02/22/25     YOB: 1997

Proceeding:  Initial Appearance          CJA Appt:

Bond/PTD Held: ○ Yes  ○ No          Recommended Bond:

Bond Set at: **TEMP PTD**          Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

Language:  **English**

☐ Report to PTS as  directed/ _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____

   Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

Disposition:

Indictment partially Unsealed as to Mr. Thornton. Defendant advised of right and charges. Defendant sworn.

Defendant Ore Tenus motion to appoint counsel – **GRANTED**. AFPD appointed partially – defendant to pay $3K in Court registry. ***Defense Ore Tenus motion to reduce court registry deposit or remove it – GRANTED***.

**Gov't** seeks – PTD due to risk of flight.

**Wavier of Removal** – signed in open court.

**Defendant removed to the Eastern District of WI**

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:          Time:          Judge:          Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. **14:39:56**          Time in Court: **19 mins**

s/Enjolique A. Lett                          Magistrate Judge

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Noticing AUSA CR TP/SR (usafls.transferprob@usdoj.gov), Magistrate
Judge Enjolique A. Lett (lett@flsd.uscourts.gov)
--Non Case Participants: Federal Public Defender (fls_ecf@fd.org)
--No Notice Sent:

Message-Id:25245304@flsd.uscourts.gov
Subject:Activity in Case 1:25-mj-02352-EAL USA v. Thornton Order on Motion to Appoint
Counsel
```
Content–Type: text/html

## U.S. District Court

## Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 2/26/2025 at 1:50 PM EST and filed on 2/25/2025

| | |
|---|---|
| **Case Name:** | USA v. Thornton |
| **Case Number:** | 1:25–mj–02352–EAL |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
 **PAPERLESS ORDER granting [3] Motion to Appoint Counsel as to Shelton K. Thornton (1); granting [3] Motion to reduce Court Registry deposit or remove it as to Shelton K. Thornton (1). Signed by Magistrate Judge Enjolique A. Lett on 2/25/2025. (fbn)**


**1:25–mj–02352–EAL–1 Notice has been electronically mailed to:**

Noticing AUSA CR TP/SR     Usafls.transferprob@usdoj.gov


**1:25–mj–02352–EAL–1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1–888–318–2260.:**

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Noticing AUSA CR TP/SR (usafls.transferprob@usdoj.gov), Magistrate
Judge Enjolique A. Lett (lett@flsd.uscourts.gov)
--Non Case Participants: Federal Public Defender (fls_ecf@fd.org)
--No Notice Sent:

Message-Id:25245299@flsd.uscourts.gov
Subject:Activity in Case 1:25-mj-02352-EAL USA v. Thornton Motion to Appoint Counsel
```
Content–Type: text/html

## U.S. District Court

## Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 2/26/2025 at 1:49 PM EST and filed on 2/25/2025

| | |
|---|---|
| **Case Name:** | USA v. Thornton |
| **Case Number:** | <u>1:25–mj–02352–EAL</u> |
| **Filer:** | |
| **Document Number:** | 3(No document attached) |

**Docket Text:**
 **ORAL MOTION to Appoint Counsel, MOTION to reduce Court Registry deposit or remove it by Shelton K. Thornton. (fbn)**

**1:25–mj–02352–EAL–1 Notice has been electronically mailed to:**

Noticing AUSA CR TP/SR &nbsp &nbsp Usafls.transferprob@usdoj.gov

**1:25–mj–02352–EAL–1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1–888–318–2260.:**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-MJ-02352-LETT

UNITED STATES OF AMERICA,

     Plaintiff,

v.

SHELTON K. THORNTON,

     Defendant.

_____/

## DEFENDANT'S INVOCATION OF
## RIGHTS TO SILENCE AND COUNSEL

The defendant named above does hereby invoke his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the U.S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

The Defendant requests that the United States Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters relating to the defendant.   Any contact with the Defendant must be made through the defendant's lawyer, undersigned counsel.

Respectfully Submitted,

HECTOR A. DOPICO
FEDERAL PUBLIC DEFENDER

BY:      s/ *MaeAnn Dunker*
MaeAnn Dunker
Assistant Federal Public Defender
Special A# A5502960
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel: (305) 530-7000
Email: maeann_dunker@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **February 26, 2025**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.   I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:      s/ *MaeAnn Dunker*
MaeAnn Dunker, AFPD

2

AO 442 (WIED 02/17) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| United States of America | ) | **25-MJ-2352-LETT** |
| v. | ) | |
| | ) | Case No.  25-CR-08 |
| | ) | |
| Shelton K. Thornton | ) | |
| *Defendant* | ) | |

FILED BY___**BM**___D.C.

**Feb 25, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## ARREST WARRANT

To:     Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Shelton K. Thornton                                                                                               ,
who is accused of an offense or violation on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Pretrial Release Violation Petition

☐ Violation Notice   ☐ Order of Court

This offense is briefly described as follows:   21:841(a)(1), (b)(1)(C), (b)(1)(E) & 846; 18:2(a) – Conspiracy to possess with intent to distribute and distribute MDMA and Ketamine

Date:      January 23, 2025                                        s/ *Mary Murawski*
                                                                    *Issuing officer's signature*

                                                        GINA M. COLLETTI, Clerk, U.S. District Court

City and State:    Milwaukee, Wisconsin                  By:Mary Murawski, Deputy Clerk
                                                                    *Printed name and title*

| Return |
|---|

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date:      _____
                                                                    *Arresting officer's signature*

                                                                    *Printed name and title*

**25-CR-08**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

UNITED STATES OF AMERICA,

2025 JAN 22 ℗ 1:46

Plaintiff,   **25-MJ-2352-LETT**

CLERK OF COURT

v.

Case No. 25-CR-

LI XING, a.k.a. "MR. LI,"
KAIYU HUANG, a.k.a. "SKINNY BOY,"
SHAWN M. SENTER, a.k.a. "SHAGGY,"
JASON A. WNUK,
KEVIN M. EISENHAUER,
SHELTON K. THORNTON,
SKYLAR V. TRUMBO,
JOHN W. PERRY, and

[18 U.S.C §§ 2(a), 922(o), 922(g)(1),
924(a)(2), 924(a)(8), & 924(c);
21 U.S.C. §§ 841(a)(1),
841(b)(1)(A), 841(b)(1)(C),
841(b)(1)(E), & 846]

**SEALED**

████████████████████████

Defendants.

**INDICTMENT**

**COUNT ONE**

**THE GRAND JURY CHARGES THAT:**

Beginning in at least January 2021 and continuing until in or about April 2022, in the State

and Eastern District of Wisconsin and elsewhere,

**LI XING, a.k.a. "MR. LI,"**
**KAIYU HUANG, a.k.a. "SKINNY BOY,"**
**SHAWN M. SENTER, a.k.a. "SHAGGY,"**
**JASON A. WNUK,**
**KEVIN M. EISENHAUER,**
**SHELTON K. THORNTON,**
**SKYLAR V. TRUMBO,**
**JOHN W. PERRY, and**
████████████████████████

knowingly and intentionally conspired with each other and others, known and unknown to the Grand Jury, to possess with the intent to distribute and to distribute a mixture and substance containing 3,4-Methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance, and a mixture and substance containing ketamine, a Schedule III controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(C), and 841(b)(1)(E), and Title 18, United States Code, Section 2(a).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about January 12, 2022, in the State and Eastern District of Wisconsin,

**JASON A. WNUK**

knowingly distributed a mixture and substance containing ketamine, a Schedule III controlled

substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(E).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

1.        On or about February 21, 2022, in the State and Eastern District of Wisconsin,

**JASON A. WNUK**

knowingly and intentionally possessed with intent to distribute controlled substances.

2.        The offense involved 10 grams or more of a mixture and substance containing

lysergic acid diethylamide (LSD), a Schedule I controlled substance; and a mixture and substance

containing ketamine, a Schedule III controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and

841(b)(1)(E).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about February 21, 2022, in the State and Eastern District of Wisconsin,

### JASON A. WNUK

knowingly possessed a firearm in furtherance of the drug trafficking offenses charged in Counts

One and Three of this Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2(a).

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about February 21, 2022, in the State and Eastern District of Wisconsin,

### JASON A. WNUK

knowingly possessed a machinegun, that is, a Glock 17M 9mm, bearing serial number BENS974, with a machinegun-conversion device attached.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 10, 2022, in the State and Eastern District of Wisconsin and elsewhere,

**SHAWN M. SENTER, a.k.a. "SHAGGY,"**

knowingly and intentionally possessed with intent to distribute a mixture and substance containing

3,4-Methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance; and a

mixture and substance containing ketamine, a Schedule III controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and

841(b)(1)(E).

## COUNT SEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 10, 2022, in the State and Eastern District of Wisconsin,

**SHAWN M. SENTER, a.k.a. "SHAGGY,"**

knowingly and intentionally possessed with intent to distribute a mixture and substance containing

3,4-Methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT EIGHT

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 10, 2022, in the State and Eastern District of Wisconsin,

**SHAWN M. SENTER, a.k.a. "SHAGGY,"**

knowingly possessed a firearm in furtherance of the drug trafficking offenses charged in Counts

One and Seven of this Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2(a).

<u>**COUNT NINE**</u>

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 10, 2022, in the State and Eastern District of Wisconsin,

**SHAWN M. SENTER, a.k.a. "SHAGGY,"**

knowingly possessed a machinegun, that is, a Glock 17C 9mm, bearing serial number EDL252, with a machinegun-conversion device attached.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT TEN

**THE GRAND JURY FURTHER CHARGES THAT:**

1.      On or about March 10, 2022, in the State and Eastern District of Wisconsin,

**SHAWN M. SENTER, a.k.a. "SHAGGY,"**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2.      The firearm is more fully described as a black/blue Model 17C Glock 9 mm, bearing serial number EDL252, with a machinegun-conversion device attached.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT ELEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 29, 2022, in the State and Eastern District of Wisconsin,

knowingly distributed a mixture and substance containing ketamine, a Schedule III controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(E).

## COUNT TWELVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 4, 2022, in the State and Eastern District of Wisconsin,

knowingly and intentionally possessed with intent to distribute a mixture and substance containing

ketamine, a Schedule III controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(E).

## **COUNT THIRTEEN**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 16, 2023, in the State and Eastern District of Wisconsin and elsewhere,

**LI XING, a.k.a. "MR. LI," and
KAIYU HUANG**

knowingly distributed a mixture and substance containing ketamine, a Schedule III controlled substance.

In violation of Title 18, United States Code, Section 2(a) and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(E).

## COUNT FOURTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about January 8, 2024, in the State and Eastern District of Wisconsin and elsewhere,

**LI XING, a.k.a. "MR. LI," and
KAIYU HUANG**

knowingly distributed a mixture and substance containing ketamine, a Schedule III controlled substance.

In violation of Title 18, United States Code, Section 2(a) and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(E).

## **FORFEITURE NOTICE**

1.      Upon conviction of the controlled substance offenses alleged in Counts One to Three, Counts Six and Seven, and Counts Eleven to Fourteen of this Indictment, the defendants shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offenses.   The properties subject to forfeiture include, but are not limited to, approximately $9,600 recovered from XX57 North 106th Street, Milwaukee, Wisconsin, 53225, on February 21, 2022.

2.      Upon conviction of any offense in violation of Title 18, United States Code, Sections 922(g), 922(o), or 924(c), as set forth in Counts Four, Five, Eight, Nine and Ten of this Indictment, the defendants shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the offenses of conviction. The properties subject to forfeiture include, but are not limited to:

  a.  a Glock 45 9mm, bearing serial number BNWA275, recovered from XX57 North 106th Street, Milwaukee, Wisconsin, 53225, on February 21, 2022;
  b.  a Glock 17M 9mm, bearing serial number BENS974, with a Glock switch, recovered from XX57 North 106th Street, Milwaukee, Wisconsin, 53225, on February 21, 2022;
  c.  a Bersa Thunder 380, bearing serial number G48024, recovered from XX57 North 106th Street, Milwaukee, Wisconsin, 53225, on February 21, 2022;
  d.  a Glock 17 9mm, bearing serial number AUC207, recovered from XX57 North 106th Street, Milwaukee, Wisconsin, 53225, on February 21, 2022; and
  e.  a blue/black Model 17C Glock 9mm, bearing serial number EDL252, with a Glock auto-sear switch and an empty extended magazine, recovered from XX05 South 3rd Street, Milwaukee, Wisconsin, 53207, on March 10, 2022.

3.      If any of the property described above, as a result of any act or omission by a

defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or

deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been

substantially diminished in value; or has been commingled with other property which cannot be

subdivided without difficulty, the United States of America shall be entitled to forfeiture of

substitute property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL:

FOREPERSON

Date: 1/22/2025

GREGORY J. HAANSTAD
United States Attorney