# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | INITIAL APPEARANCE/ARRAIGNMENT |
| v. | AND PLEA MINUTES |
| SHELTON K. THORNTON | CASE NUMBER **25-CR-8** |

| | |
|---|---|
| HONORABLE NANCY JOSEPH, presiding | Court Reporter: Liberty |
| Deputy Clerk: Ross M. | Hearing Began: 3:12 p.m. |
| Hearing Held: May 5, 2025 at 3:00 p.m. | Hearing Ended: 3:26 p.m. |

**Appearances:**

UNITED STATES OF AMERICA by: Katherine Halopka-Ivery
Shelton K. Thornton, in person, and by: John Bradley, William Grau     ☐ CJA  ☐ FDS  ☑ RET
U.S. PROBATION OFFICE by: Joseph Werner
INTERPRETER:  ☑ None   ☐ Sworn

☑ Original Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Misdemeanor    ☑ Felony

| | | | |
|---|---|---|---|
| Speedy Trial Date: | July 14, 2025 | District Judge: | J P Stadtmueller |
| Final Pretrial Conf.: | TO BET SET | Bond Judge: | Nancy Joseph |
| Jury Trial Date: | TO BE SET | Magistrate Judge: | Stephen Dries |
| Trial Length Estimate: | 2 weeks | Motions Due: | July 14, 2025 |
| | | Responses Due: | July 28, 2025 |
| | | Replies Due: | August 6, 2025 |

☐ Defendant consents to proceed via video
☑ Defendant advised of rights
☐ Court orders counsel appointed
☑ Defendant advised of charges, penalties, and fines
☐ Copy of indictment received by defendant
  ☐ Indictment read   ☐ defendant waives reading
☑ Not guilty plea entered by: ☑ defendant  ☐ the court
☑ Expanded discovery policy applies (*See* Order below)
  Discovery available: already turned over

☑ Government to disclose grand jury materials one day prior to trial
☐ Oral Motion for Complex Designation
  ☐ Granted  ☐ Denied
  ☐ Referred to Stephen Dries
☑ Case designated complex
☐ Counsel Only Scheduling Conference:
  before Magistrate Judge Stephen Dries

<u>Maximum Penalties:</u>
**Count 1** – INC: 20 years; FINE: $1,000,000; SR: mandatory minimum 3 years-life; SA: $100; Forfeiture Notice.
Bond Status:
☑ Defendant is released on: ☑ O/R bond ☑  *See* Order Setting Conditions of Release
**IT IS HEREBY ORDERED** that as required by Federal Rule of Criminal Procedure 5(f), the court **ORDERS** that the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings