UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHELTON K. THORNTON,

    Defendant.

Case No. 25-CR-8-JPS-6

**ORDER**

On January 22, 2025, the Government filed a fourteen-count Indictment charging Defendant Shelton K. Thornton ("Defendant") with violating 18 U.S.C. § 2(a) and 21 U.S.C. §§ 841(a)(1), and 841(b)(1)(C), 841(b)(1)(E) and 846. ECF No. 1. On December 5, 2025, the Government filed a one-count Information charging Defendant with violating 18 U.S.C. § 2(a) and 21 U.S.C. §§ 841(a)(1), 841(b)(1)(E) and 846. ECF No. 100. On December 8, 2025, the parties filed an amended plea agreement[1] indicating that Defendant has agreed to plead guilty to Count One of the Information. ECF No. 104.

Therefore, the Court will order that a plea colloquy be held in accordance with Federal Rule of Criminal Procedure 11(b) before the assigned magistrate judge, Stephen C. Dries. Magistrate Judge Dries will thereafter issue a report and recommendation to this Court addressing the advisability of accepting Defendant's proposed guilty plea. GEN. L.R. 72(a); FED. R. CRIM. P. 59(b)(1); 28 U.S.C. § 636(a)(1), (b)(1)(B); *United States v.*

---

[1] The Amended Plea Agreement, ECF No. 104, corrects the spelling of Defendant's last name, which was originally spelled without the letter "n." *See* ECF No. 101.

*Harden*, 758 F.3d 886, 891 (7th Cir. 2014). Magistrate Judge Dries will schedule the plea colloquy hearing by separate notice.

Accordingly,

**IT IS ORDERED** that a Federal Rule of Criminal Procedure 11(b) plea colloquy be held before Magistrate Judge Stephen C. Dries, who will thereafter issue a report and recommendation to this Court on the advisability of accepting Defendant's proposed guilty plea.

Dated at Milwaukee, Wisconsin, this 9th day of December, 2025.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge