# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 25-cr-8 |
| Shelton K. Thornton | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 2/5/26

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

William E. Grau
~~John H. Bradley~~ WEG 2-5-26
*Printed name of defendant's attorney*

_____
*Judge's signature*

Stephen C. Dries, Magistrate Judge
*Judge's printed name and title*